**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

AUBREY HAMMOND,

Plaintiff,

vs.

USAA FEDERAL SAVINGS BANK,

Defendant.

**Case No. 3:20-cv-737**

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that Plaintiff Aubrey Hammond ("Plaintiff") and Defendant USAA Federal Savings Bank, have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to Defendant USAA Federal Savings Bank, Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

Aubrey Hammond,

DATED: May 6, 2021

By: _______/s/_________
Susan Mary Rotkis
VSB 40693
PRICE LAW GROUP APC
382 S. Convent Ave.

Tucson, AZ 85716
T: (818) 600-5506
E: susan@pricelawgroup.com
*Attorneys for Plaintiff*
*Aubrey Hammond*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Ashley N. Barebo, Esq. (VSBN 93379)
NELSON MULLINS RILEY & SCARBOROUGH LLP
949 Third Avenue, Suite 200
Huntington, WV 25701
Telephone: (304) 526-3500
Facsimile: (304) 526-3599
ashley.barebo@nelsonmullins.com

DAVID M. KRUEGER
NORA K. COOK
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile: 216.363.4588
dkrueger@beneschlaw.com
ncook@beneschlaw.com

/s/ Diego Sanchez