UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AUBREY HAMMOND,

        Plaintiff,

v.                             Civil Action No. 3:20-cv-737

USAA FEDERAL SAVINGS BANK,

        Defendants.

### STIPULATION OF DISMISSAL

COMES NOW, the Plaintiff, Aubrey Hammond, by counsel, together with USAA Federal Savings Bank, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby STIPULATE to dismissal of the action with prejudice. The court shall retain jurisdiction for purposes of enforcement of the settlement pursuant to *Kokkonen v. Guardian Life Ins.*, 511 U.S. 375 (1994).

It is so STIPULATED.



SO ORDERED

/s/
M. Hannah Lauck
United States District Judge

Respectfully submitted.
AUBREY HAMMOND
By: /s/
Nora K. Cook
ENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
(216) 363-4500 – Telephone
(216) 363-4588 – Facsimile
E-mail: dkrueger@beneschlaw.com
*Counsel for Defendant*